JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov
GARY Y. LEUNG, *L.R. 83-2.4.1 leave to practice granted*
Email: leungg@sec.gov
JANET E. MOSER, Cal. Bar No. 199171
Email: moserj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Ste. 900
Los Angeles, California 90071
Telephone:  (323) 965-3998
Facsimile:   (323) 965-3908

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     vs.<br><br>ALETHEIA RESEARCH AND MANAGEMENT, INC., and PETER J. EICHLER, JR.,<br><br>              Defendants. | Case No. CV12-10692 JFW (RZx)<br><br>**ORDER DISMISSING CLAIMS FOR DISGORGEMENT, PREJUDGMENT INTEREST, AND A CIVIL PENALTY AGAINST DEFENDANT ALETHEIA RESEARCH AND MANAGEMENT, INC.** |

1  In accordance with the Stipulation To Dismiss Claims For Disgorgement, Prejudgment Interest, and a Civil Penalty Against Defendant Aletheia Research and Management, Inc. filed on April 29, 2015 by Plaintiff Securities and Exchange Commission ("SEC") and Defendant Aletheia Research and Management, Inc. ("Aletheia")

IT IS HEREBY ORDERED THAT:

The claims of Plaintiff SEC for disgorgement, prejudgment interest thereon, and a civil penalty against Defendant Aletheia are hereby dismissed.

IT IS SO ORDERED

Dated: May 1, 2015         _____
                           HON. JOHN F. WALTER
                           United States District Court Judge

1